[No. 50977-2-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KEDRICK EUGENE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-00773-9, Paris K. Kallas, J., entered July 29, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51024-0-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIUS LAMAR HEARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04034-5, Michael S. Spearman, J., entered August 23, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51052-5-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE LOUIS MARROQUIN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-00691-7, Michael F. Moynihan, J., entered September 10, 2002. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 51136-0-I.   Division One.   July 21, 2003.]

DALE R. KING, ET AL., *Appellants*, v. AMERICAN WOOD TREATERS (U.S.), INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-2-00026-2, Steven J. Mura, J., entered September 6, 2002. *Affirmed* by unpublished opinion per Agid, J., concurred in by Appelwick and Schindler, JJ.